# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

February 5, 2020

160535

*In re* INGRAM, Minors.

SC: 160535
COA: 347801
Wayne CC Family Div:
  17-001387-NA

_____/

On order of the Court, the application for leave to appeal the October 15, 2019 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals judgment. We REMAND this case to that court which, while retaining jurisdiction, shall remand this case to the Wayne Circuit Court Family Division for that court to reconsider its December 3, 2018 order terminating respondent's parental rights to LJI and LMI. The circuit court shall be directed to specifically address: (1) whether there is a statutory basis to terminate respondent's parental rights to LJI and LMI, see *In re JK*, 468 Mich 202, 210 (2003); and (2) whether termination is in LJI's and LMI's best interests, taking into consideration, among other evidence, respondent's efforts towards sobriety, see *In re Moss*, 301 Mich App 76, 90 (2013). The circuit court may, in its discretion, receive proofs or hold an evidentiary hearing. The circuit court shall be directed to forward to the Court of Appeals a written opinion addressing the above issues within 42 days of the Court of Appeals remand order. The Court of Appeals shall its consideration of this case.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk

b0129